```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH BLAISE BIEN-AIME,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

24-CV-8797 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On March 3, 2025, this Court issued a *Valentin* Order in which it (i) directed plaintiff to provide a more detailed description of Captain Kelly, whom plaintiff seeks to sue; and (ii) directed the Law Department and New York City Department of Correction (DOC) to identify Captain Kelly based on plaintiff's description, and either list the address(es) where Captain Kelly may be served, or state whether the DOC waives service on her behalf. (Dkt. 14.)

In a letter dated March 10, 2025, plaintiff provided descriptions of Captain Kelly, one Jane Doe, and one John Doe, in addition to details of the alleged incident. (Dkt. 17.) On March 25, 2025, attorneys from Dechert LLP filed notices of appearance on behalf of plaintiff who had been proceeding pro se. (Dkts. 18-20.) On April 7, 2025, the Law Department filed a letter identifying DOC Captain Aaliyah Kelly and four DOC officers, along with their service addresses. (Dkt. 21.) Accordingly, no later than **May 7, 2025**, plaintiff must file an amended complaint naming those newly identified individuals as defendants and providing their badge numbers.

Dated: New York, New York
      April 10, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**