USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH BLAISE BIEN-AIME,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

24-CV-8797 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendant Mears's extended deadline to respond to the Amended Complaint was October 6, 2025. October 6, 2025 has come and gone, with no response from defendant Mears. If plaintiff intends to seek the issuance of a certificate of default against defendant Mears, he must do so no later than **October 23, 2025**.

Dated:  New York, New York
         October 9, 2025

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**