UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH BLAISE BIEN-AIME,

               Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

               Defendants.

24-CV-8797 (JHR) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/23/26__

**BARBARA MOSES, United States Magistrate Judge.**

The status conference in the above captioned case, previously scheduled for May 6, 2026, will take place on that date at **11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. All other provisions of this Court's Initial Case Management Order (Dkt. 66) remain in effect, including the joint status letter due no later than April 29, 2026.

Dated: New York, New York
       January 23, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**