UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

ELIJAH BLAISE BIEN-AIME,

          *Plaintiff,*

    v.

THE CITY OF NEW YORK, CAPTAIN
AALIYAH KELLY, CORR. OFFICER
TIFFANY MANCE, CORR. OFFICER
DAVID LINDSAY, CORR. OFFICER
RAVEN MEARS, AND CORR. OFFICER
SHERONDA MCDOWARD

          *Defendants.*

-------------------------------------------------------- X

24-CV-8797 (JHR) (BCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___01/23/26___

**MEMO ENDORSED**

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR A DEFAULT
JUDGMENT AGAINST DEFENDANT RAVEN MEARS**

Plaintiff Elijah Blaise Bien-Aime ("Plaintiff") hereby moves this Court to withdraw

Plaintiff's Motion for A Default Judgment Against Defendant Raven Mears (Dkt. No. 62, the

"Motion"). As discussed during the parties' initial case management conference before the

Honorable Magistrate Judge Barbara Moses, and as noted in the Initial Case Management Order,

"Plaintiff will withdraw his motion for a default judgment against Defendant Mears, without

prejudice to refiling." Dkt. No. 66. Plaintiff respectfully requests that the Court mark the Motion,

and all supporting papers thereto, withdrawn without prejudice to refiling. Dkt. Nos. 62-65.

Application GRANTED. The Clerk is respectfully
directed to close the motions at Dkts. 62 and 67.

SO ORDERED.

January 23, 2026

Barbara Moses
United States Magistrate Judge

1

Respectfully submitted,

Dated: January 23, 2026          **DECHERT LLP**
      New York, New York

By: */s/ Ryan Strong*
Gary J. Mennitt
Ryan Strong
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
gary.mennitt@dechert.com
ryan.strong@dechert.com

*Attorneys for Plaintiff Elijah Bien-Aime*