

**DECHERT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/23/26

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Ryan Strong**
*Associate*

Ryan.Strong@dechert.com
+1 212 698 3584  Direct
+1 212 314 0011  Fax

April 22, 2026

**BY ECF**

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

# MEMO ENDORSED

Re:  *Bien-Aime v. City of New York, et al.,* No. 24-cv-8797 (JHR) (BMC)

Dear Magistrate Judge Moses:

We represent Plaintiff in the above-captioned matter. We write respectfully on behalf of all parties to request that the Court modify the existing case management schedule and adjourn the upcoming status conference, as set forth below, for approximately 90 days.

The parties have been engaged in good-faith discovery efforts, including meeting and conferring regarding ESI, serving initial disclosures which included video footage and other contemporaneous records, serving written discovery, and serving deposition notices.  The parties have also been actively discussing settlement with the goal of preventing the need for depositions if an agreement can be reached.  Unfortunately, counsel for the Defendants has had other important commitments and counsel for Plaintiff has had significant challenges reaching Plaintiff for legal calls while he is incarcerated in Arkansas.  These issues have delayed both discovery and settlement negotiations.

The initial scheduling order currently sets forth deadlines in this case as follows:

- Depositions and Additional Fact Discovery: May 21, 2026

- Disclosure of Expert Evidence and Written Reports: June 10, 2026

- Rebuttal Expert Disclosure and Reports: July 10, 2026

- Deposition of Experts: August 10, 2026

- Close of Discovery: August 10, 2026



**DECHERT**

The parties have conferred and jointly consent to the following revised schedule:

- Depositions and Additional Fact Discovery: August 19, 2026

- Disclosure of Expert Evidence and Written Reports: September 8, 2026

- Rebuttal Expert Disclosure and Reports: October 8, 2026

- Deposition of Experts: November 9, 2026

- Close of Discovery: November 9, 2026

The parties further respectfully request that the status conference currently scheduled for May 6, 2026 be adjourned to July 28 or July 29, 2026, or at the Court's convenience.

This is the first request for an enlargement of the discovery schedule in this matter, though Defendants previously obtained enlargements of time in which to answer the Amended Complaint. The parties submit that the proposed modifications will not prejudice any party and will facilitate the orderly completion of discovery. We respectfully request that the Court enter an order adopting the revised schedule set forth above.

Application GRANTED. The initial discovery schedule is modified according to the parties' proposal, as set forth above. The status conference currently scheduled for May 6, 2026 is ADJOURNED to **August 6, 2026 at 11:00 a.m.** All other provisions of the Initial Case Management Order (Dkt. 66) remain in effect, including the parties' joint status letter, now due no later than **July 30, 2026**.

SO ORDERED.

April 23, 2026

**Barbara Moses**
**United States Magistrate Judge**

Respectfully submitted,

**DECHERT LLP**

/s/ _Ryan Strong_____
Ryan Strong
Gary Mennitt
Ryan Strong
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: gary.mennitt@dechert.com
ryan.strong@dechert.com

*Attorneys for Plaintiff*



cc:    all attorneys of record (by ECF)